United States District Court
For The Middle District of Florida

To: Clerk's Office

Ronald Eugene Johnson
vs                                  Civil Action No. 8:23 cv 439 MSS-CPT
① Hillsborough County Jail
② Sheriff of Hillsborough County Jail  ③ State of Florida  ④ Officers who signed Requests

42 U.S.C. 1983 Civil Action Lawsuit Complaint
For   $100,000.00   For Damages And Suffering
         Or Most I Can Get

Comes Now, The Plaintiff Ronald Eugene Johnson and File this One Hundred Thousand Dollars Lawsuit against Hillsbough County Jail for Denieng me paper, pen, pencil, En-velopes, And Postage, And use of the Law Library to Fight my ② Criminal Case ⑤. My Numerous Cases in United States Distrit Court, For The Middle District of Florida In Support thereof Plaintiff assert the following.

Ⓐ                                 "Exhaustion of All Remedies"
On These Numerous Request I Was Denied Legal Material To And For Access The Court See: These numerous request forms Filed
See: Request # 096320/# 64775/# 64766/# 64764/# 139041/
# 139043/# 139041/# 139040/# 137518/# 137519/# 137520/# 134135
# 106513/# 106581/# 106568/# 106582/# 62837/# 62826/# 62825/# 139087
# 62815/# 106967/106970 #/# 106969/# 62816/# 109971/# 106588/# 129037
# 129081/# 129069/# 129059/# 129054/# 129057/# 62809/# 129044/# 129043
# 106981/# 114156/# 62831/# 114165/# 137516/# 137507/# 64761/# 139039
# 137514/ 096326/ 106573/# 106573/# 106509/# 139038/# 129045/# 129058

Ⓑ Administrative Notice: All request For Grievance was Denied
See: Request to Informally Resolve Issues And For Grievance et al.,
See: # 62816/ 106967/# 139087/# 62825/# 134135/# 137520/# 137519

REP

Request For All Grievances Denied
#64764/#129044/#129043/#106981/#114156/#137516
#137517 #139038 Note: Exhausted all available Remedies

(C) Also Notice: I Filed a Writ of Habeas Corpus in the United State District Court For The Middle District of Florida But it was misconstrued in this Honorable Court as a Civil Action Lawsuit so I got No Relief. Further Notice I request, Demanded and ask officer to assist me with get the Supervisor but was Denied then request to speak with the Sgt's or Corperals et all. When I did see the Sgt's they explain that I should write requests and to write the Law Library and to file more request. I was Denied Request that went to the Captain they refuse to sign many request. When the Sgt's and high Authorities Denied me all. Other Deputies stop assisting me.

(D) Fact of The Case

First: Congress, Supreme Court of The United States of America And The United States. All Mandate And Rules And It's Law that all prisons, Jails, Detention Centers, Agencie and all and others are to alway provide Indegent inmates and Detain persons with Access to the Courts et all. Administrative Notice: That mean that the listed Agencies, Detention Center And Jails et all, is to provide Paper, Pen, Pencil, Envelopes And postage to all inmate need to write the Court.

(E) Facts of The Case: I was "Denied" Paper, Pen, Pencil, Envelope And Postage, Therefor Hillsborough County (Jail)'s (staff) responsible for all Damages, losts, Pains And Suffering for Violating my "United (F) State Constitutional Rights to Access To The Court"

(G) Damage

① I Could Not Fight my Criminal Case "Pro-Se" I had to write on back of other paperwork. See all Original Filings in my Criminal Case. See Criminal Case No. 22-CF-01717-A State of Florida



Verse Ronald Gene Johnson, Filed in The County Court of The Thirteenth Judicial Circuit of The State of Florida, In And For Hillsborough County criminal Division, I took weeks of writing on back of form and Request form and other scrape paper for the Court to acknowledge me as "Pro-Se" I finally go enough Filed in the Court to Stop all proceed till my Pro-Se demand, got my Case Stopped till my request get heard.

(H) ## Further Damage

I made many other Cases on "Pro-Se" Writ of Mandamuses See: 8:23-CV-00069-MSS-MRM, Case# 8:23-CV-00032-CEH-TGW, Case No. 8:23-CV-00084-KKM-TGM, Case# 8:23-CV-0008 TPB-JSS, See Case# 8:23-CV-00039-WFS-AAS Those above Cases was Filed in United State District Court for The Middle District of Florida. Another Case: See: Case# Appeal Case# 23-10074-J See: District Court of Appeals, Second District Case No. 2D23-0199 See: U.S. Court of Appeals, For The Eleventh Circuit Case No. 23-10074-J And many more in U.S. District Court For The Middle District of Florida See: Case No. 8:20-CV-05752 See Case# 8:21-CV-1152-WFJ-AEP See: a Writ of Habeas Corpus I file Claiming my Detention is Unconstitutional because the Jail "Is Not providing Access to the Court's" See: 8:23-CV-00039 And Writ of Mandamuses 8:21-CV-1151-WFJ-AEP. See: Johnson v. Flitschen Case No. 8:20-3016-SDM-AEP And More" in the U.S. District Court

(I) Administrative: Because this jail "Denied" me Access To The Courts. These 5 Case got Construde as Separate Filings. But they was only one filing but got 5 Case Numbers. See: Case No. 8:23-CV-0008-TPB-JSS this is the Original Filing But because I did not have enough Paper to write the Court. I Sent in 4 Amendments as I got more Scrape paper I wrote more Amendments, But for Some reason the Courts Clerk of the U.S. District Court thought they was Separate Case and gave them all Separate Case Numbers See: Case No. 8:23-CV-0008-TPB-JSS Case# 8:23-CV-00069-MSS-MRM/Case No. 8:23-CV-00032-CEH-TGW

④

See: Case No 8:23-CV-00084-KKM-TGM / See Case No. 8:23-CV-0008=
TPB-JSS See: Case No. 8:23-CV-00039-WFJ-AAS See: 5:03-CV-35=
WTH-GRJ <u>Damages:</u> All these case was one Case but got construde as many case as a resaught tho was all Denied. Because if they was all one case I would had gound to proceed. <u>Further Damage.</u> My Case because it was part here part there they got Dismiss. Because one explain Relief Saught others list other grounds et al.). Further many got Dismissed because I had No envelope or postages to send in my Application of Informa Pauperis. So on many case the got Dismissed because I could not get the informa Paupers to the Court in time. And I did not have paper to write Full briefs, I had to file half now half later piece here a piece there. Which Frustrated the Judges which Dismiss all the cases, At one time or another. I am now writing on back of a Filing I got copies of but No envelope or postage to send them out. <u>Further Damages:</u> The Writs And Motion was all sweeze or scrape paper. All I could get was was enough to briefly explain my claim. At times was not enough for the judge to properly see the merits.

Ⓙ

### Further Damage

Because of my Need to Exhaustion all remedie and seek help to get the jail authories to acknowledge my Need to Access of the Court. I begun to get on the Never of all the Deputies. So they begun to punish me for asking others and asking them. So knowing all I need to get out of jail was paper, pen and Envelopes. (Because I know all jail know legal Mail Must go out) The problem was how do you get paper when all other us the Tablet or Klose Machine to write their Lawyer. So there was very little paper around and hardly no envelopes. I Sold my little food they give for paper and envelope to write the Court. All all charges got Dismissed I could only open them and start all over again till the judge begin to bar me Stop me from reopening cases. Every Filing on all the cases was done on Scrap paper. And the envelope I sold my food for the few I could Find.

Ⓚ <u>Administrative Notice:</u> All Envelopes Sent to the Numerous cases I got

was all received by me Selling my food.

## Further Damages

Ⓛ <u>Selling My Food For Envelope Causing And Cause Me To Starve</u>

I Starve Day and Night Selling my Food to Fight my Criminal Case. And Why they Charge food For Envelope because only the Indegent And broke people had Envelope. Because the others use the Table And TV Machines to talk and Communicate with their familys. So they was Hungry too. The ones who Sold me the few envelopes. I got and few sheets of paper I got. <u>Notice</u>: Did you see all my pending Cases And all the Filings. I am writing on back of other filing to the Court. When the Court send a response I take the one with little writings and use them to write the Courts with.

## Further Damages

Ⓜ <u>This Jail Staff Failure To Provide Me With Grievances</u>

They refuse all those request for Grievance as stated earlier

Ⓝ <u>Mental Stress And Anxiety (And Starvation)</u>

I have been Driven Insane because I could not get to talk to the Higher Authorities a few heard my Complaint but did Nothing So I start having Violent thought and Suicide thought and I said it out loud and a Deputy heard it and I was taken to suicide watch And Solitary Confinement. Now I come out every few day and the officer, Deputies do nothing to help. I takes 12 hours to get request Form they do this on purpose. They take you forms, then held them. And will not return them unless you tell them to after they serve 12 hours of work <u>Notice</u> it or They take 12 hour to return a request form and you half to watch them. They will throw them away <u>Notice</u>: I got 20 or So Request unreturned. The threw them away so. <u>Notice</u>: There really is No Administrative Procedure. When you send for a valid response instead of responding they throw away your request. Out of about 60 I got a valid response.

Ⓞ <u>I Am Being Denied Notorization</u>

<u>I Am Being Denied Notorization of My Power of Attorney Form</u>

The Sgts and higher authorities are Noteraries. I filed Numerous One request and requests For Grivences on this issue but Noone response back to my Numerous requests. I spoke to many Sgt.s the all made up excuse after accuse #1 is or was we can not or will Not Noterize anything in pencil. Then they said the would if I Copy it "in ink" I did that then they said it had something on the back of the handwriten forms. They would not Noterize it. Then I got it Copied with Nothing on the back Now they went on Vacation is what I heard. Now I am sitting here and Now None of the Higher authorities are Noteraries. See Same way with the requests they will not give any valid responses, Or help me get my Power of Attorney Form signed. <u>Administrative Notice</u>: My sister want $200 of my Food Stamps to buy us Food. But I need them to Noterize my Power of Attorney Form so she can get my Food Stamp Card out my Post office a Ybor Post office. That's a Free Post office Box For the homeless or people who just move to Tampa Florida

Ⓟ <u>Notice</u>: The Damage is I been here over 30 days seeking the Noterization of my Power of Attorney Form, But they keep refusing

Ⓠ to Noterize it for me. They show Bias And Prejudice toward me.

Conclusion: ④ I believe I have suffer much Damage from them No providing me with Legal Material to have "Access To The Courts" They have violated My Federal and States, United States Constitutional Rights to Access to The Court. I been in jail going on 2 or more month without Access to the Court Ⓑ The fact the of their bias And Prejudice these Staff has Cause me to be in this jail over a month and a half. Ⓒ Mental Anguish, Anxiety Depress And has drove me to insanity. I realize the only way to recovery for Damage is threw a Civil Action 42 USC 1983 Lawsuit For Mental and Phisical Damage. I am looking bad the other inmate said to me It's No way I can recover for the Day lost while they stop my Access to the Courts etal.

Ⓡ <u>Administrative Notice</u>: I got many Civil Action 42 USC 1983 Form With Valid winning Claim of action but they are all Closed

Because I Cannot Access The Courts, All almost 60 Request all are related to Requesting material for or to Access the Courts etali;)

(S) ## My Right To Use The Law Library Is been Violated

I been requesting to use the Law Library. Staff tells me Noone get to go to the Law Library and other State There is No Law Library

(T) **Administrative Notice:** Congress, Supreme Court of The United State And All U.S. Courts of Appeal all Mandated the Jail and Detention Center and prison Must have a Law Library and One must be available. And there most be Someone mainly a paralegal to assist inmate to study their Case. Or show them Some assistants

(U) ## Fact Of The Case

I have be "Denied" A Copy of the United States Constitution And Bill of Rights. See: My Request # 139043. The Law Librarian Clearly State the only help is the West-Law Site on the Tablet and the Pod. Note I am in Confinement at this time and there is No tablet in this area at all. Because everyone is on restriction "I was Denied all use"

**Cause of Action:** (a) The Law Librarian and this prison Staff is Denying Me my U.S. Constitutional Right to use of a Law Library (b) They have no paralegal or assistant so im Denied assistance to Study or help me Study mainly (c) they Donot have a Law Library

(V) ## Conclusion

(1) I was Denied "Access To The Court" (2) I was Denied Grievance Procedure. (3) I Denied the Use of The Law Library (4) I was Denied Law Library Help and assistance (5) I was Denied Legal Material to write the Court (6) I was Biased and prejudice and refuse Notefization of my Power of Attorney form. I was Denied the Right to Speak with the Higher Authorities. I was Denied my U.S. Constitutional Rights

**Oath And Affidavit** And **Certificate of Service'**, I Declare all is true under perjury and No Copies was Serve because I am Indegent   Ronald Johnson
Signed